No. 00–10148. NNANNA v. KING. C. A. 9th Cir. Certiorari denied.

No. 00–10152. SALAZER v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–10153. PEOPLES v. ESTATE OF WEAVER ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–10154. BURR v. SNIDER, SHERIFF, MORTON COUNTY, NORTH DAKOTA. C. A. 8th Cir. Certiorari denied.

No. 00–10156. PADILLA v. CAMBRA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–10157. STEVENS v. FORT WORTH POLICE DEPARTMENT ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–10163. TALOUZI v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–10164. MENDEZ v. CLARKE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–10166. SCHILLING v. MADDOCK, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–10167. RIGGS v. HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 00–10169. TAYLOR v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 00–10171. COATS v. GLAZIER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–10172. DAVIS v. WALTERS, SUPERINTENDENT, STATE REGIONAL CORRECTIONAL FACILITY AT MERCER, ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–10173. DAVIS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.